```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

       IN RE:                                      CASE NO. 07 B 15108
           THOMAS E MCCLINTON
                                                   CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA

              Debtor
           SSN XXX-XX-8965


       ----------------------------------------------------------------------------
                           TRUSTEE'S FINAL REPORT AND ACCOUNT
       ----------------------------------------------------------------------------
           Glenn Stearns, Chapter 13 Standing Trustee, submits the following
       Final Report and Account of the administration of the estate pursuant to
       11 USC 1302(b)(1).

           1.  The case was filed on 08/21/07 and confirmed on 11/20/07.

           2.  The case was dismissed after confirmation, 11/06/2008.

           3.  The Debtor paid a total of $   5600.00 .

           4.  The Trustee made disbursements to creditors as follows:


       ----------------------------------------------------------------------------
       CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID           PAID
       ----------------------------------------------------------------------------

       GRP FINANCIAL SERVICES   CURRENT MORTG         .00            .00             .00
       GRP FINANCIAL SERVICES   MORTGAGE ARRE     3033.00            .00         3033.00
       GENERAL MILLS CREDIT UNI SECURED VEHIC         .00            .00             .00
       KANE COUNTY TREASURER    PRIORITY          5540.00            .00         2260.40
       AMERICOLLECT INC         UNSECURED          132.35            .00             .00
       ASSET ACCEPTANCE CORP    UNSECURED          292.46            .00             .00
       CAPITAL ONE BANK         UNSECURED        NOT FILED           .00             .00
       CAVALRY INVESTMENTS      UNSECURED        NOT FILED           .00             .00
       CAVALRY INVESTMENTS      UNSECURED        NOT FILED           .00             .00
       CREDIT ONE BANK          UNSECURED        NOT FILED           .00             .00
       HARVARD COLLECTION SERVI UNSECURED        NOT FILED           .00             .00
       HILCO RECEIVABLES LLC    UNSECURED        NOT FILED           .00             .00
       JOHNSON AND ASSOCIATES   UNSECURED        NOT FILED           .00             .00
       KCA FINANCIAL SERVICES   UNSECURED        NOT FILED           .00             .00
       MCS                      UNSECURED        NOT FILED           .00             .00
       NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED           .00             .00
       NICOR GAS                UNSECURED        NOT FILED           .00             .00
       UNITED COLLECTION BUREAU UNSECURED        NOT FILED           .00             .00
       JEFFERSON CAPITAL SYSTEM UNSECURED          929.58            .00             .00
       RESURGENT CAPITAL SERVIC UNSECURED         2099.73            .00             .00

       ----------------------------------------------------------------------------
       CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID           PAID
       ----------------------------------------------------------------------------

       ROUNDUP FUNDING LLC      UNSECURED         1341.86            .00             .00
                   Summary of disbursements:
       ----------------------------------------------------------------------------
                        SECURED       PRIORITY      UNSECURED        OTHER         TOTAL
       ----------------------------------------------------------------------------
       TOTAL CLMS ALLOWED  3033.00      5540.00       4795.98          .00      13368.98
       PRINCIPAL PAID      3033.00      2260.40           .00          .00       5293.40
```

```
INTEREST PAID                      .00           .00           .00           .00           .00
TOTAL PAID                     3033.00       2260.40           .00           .00       5293.40
```

The Debtor's attorney, JUUL H THOMPSON          , was allowed $       .00 and was paid $      .00 .

The Trustee received $    306.60 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE